HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL HALOS, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BAILEY GROUP ENTERPRISES, INC., a Nevada Corporation, dba THE BAILEY GROUP INC. and/or THE BAILEY GROUP,<br><br>　　　　　　　Defendant. | No.  2:23-cv-00711<br><br>[~~PROPOSED~~] ORDER ON STIPULATED MOTION TO STAY CASE PENDING VOLUNTARY MEDIATION |

## ORDER APPROVING MOTION TO STAY CASE PENDING VOLUNTARY MEDIATION

THIS CAUSE came before the court on the Stipulated Motion to Stay Case Pending Voluntary Mediation (the "Motion").

The court having reviewed the Motion, and being otherwise fully advised in the premises, GRANTS the Motion To Stay Case Pending Voluntary Mediation (Dkt. # 9).

//

//

//

//

~~PROPOSED~~ ORDER ON
STIPULATED MOTION TO STAY - 1
(Case No. 2:23-cv-00711)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

The court ORDERS the parties to file joint status reports (1) no more than five (5) days after they select a mediator and mediation date; and (2) no more than five (5) days after they complete mediation.

DATED this 19th day of May, 2023.

_____
THE HONORABLE JAMES L. ROBART

Jointly Presented by:

| CAIRNCROSS & HEMPELMANN, P.S. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Alan D. Schuchman* | */s/ Peter H. Nohle* |
| Alan D. Schuchman, WSBA No. 45979 | Peter H. Nohle, WSBA #35849 |
| 524 Second Avenue, Suite 500 | Peter V. Montine, WSBA #49815 |
| Seattle, WA 9104 | 520 Pike Street, Suite 2300 |
| Telephone: (206) 587-0700 | Seattle, WA 98101 |
| Facsimile: (206) 587-2308 | Telephone: 206-405-0404 |
| aschuchman@cairncross.com | Peter.Nohle@jacksonlewis.com |
| | Peter.Montine@jacksonlewis.com |
| Attorney for Plaintiff | Attorneys for Defendant |

~~PROPOSED~~ ORDER ON
STIPULATED MOTION TO STAY - 2
(Case No. 2:23-cv-00711)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404