UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL HALOS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BAILEY GROUP ENTERPRISES, INC.,<br><br>　　　　　　　Defendant. | CASE NO. C23-0711JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of the parties' joint status report regarding the completion of mediation.  (JSR (Dkt. # 13); *see also* 5/19/23 Order (Dkt. # 11) (granting the parties' stipulated motion to stay and ordering the parties to file a joint status report within five days of completion of mediation).)  In their report, the parties state that they reached a settlement in principle during mediation on June 19, 2023.  (JSR at 1.)  They ask the

MINUTE ORDER - 1

court, however, to maintain the stay on this case for an additional three weeks to allow them time to perfect their settlement. (*Id.* at 1-2.) The court GRANTS the parties' request to maintain the stay on this case for an additional three weeks and STAYS this matter until **July 17, 2023**. If the parties have not dismissed this case before that date, they shall file a joint status report no later than July 17, 2023, regarding the status of their settlement.

Filed and entered this 26th day of June, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2